**Order entered April 17, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00704-CV

## CTMGT FRISCO 11, LLC, Appellant

## V.

## ONCOR ELECTRIC DELIVERY COMPANY, LLC AND ROCK HILL ENTERPRISES, LTD., Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01359-2014**

## ORDER

Before the Court are two motions: (1) Electric Reliability Council of Texas, Inc.'s Unopposed Motion to Clarify or, Alternatively, to Dismiss ERCOT as Appellee and (2) Public Utility Commission of Texas's Unopposed Motion to Clarify or, Alternatively, to Dismiss the PUCT as Appellee. The motions are **GRANTED**. The Court takes notice that the Electric Reliability Council of Texas, Inc. and the Public Utility Commission of Texas are not parties to this appeal.

/s/    CRAIG STODDART
PRESIDING JUSTICE